UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-20-21

-----------------------------------------------------------X

United States of America,

             -against-

Uriah Brown,

-----------------------------------------------------------X

**ORDER**

17-CR-21 (ALC)

ANDREW L. CARTER, JR., United States District Judge:

    Sentencing set for **September 30, 2021** at **3:30 p.m.**

    SO ORDERED.

Dated: New York, New York
       July 20, 2021

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE