UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

                -against-

Uriah Brown,
-------------------------------------------------------X

<u>ORDER</u>
17-CR-21 (ALC)

ANDREW L. CARTER, JR., United States District Judge:

    The Sentencing set for September 30, 2021 is adjourned to **January 6, 2022** at 3:30 p.m.

    SO ORDERED.

Dated: New York, New York
       September 28, 2021

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE