USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-28-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                                  **ORDER**
                                                17-CR-21 (ALC)

      -against-

Uriah Brown,
-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

     The Sentencing set for January 6, 2022 is adjourned to **April 19, 2022** at **3:30 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       December 28, 2021

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE