UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                                      **ORDER**
                                                     17-CR-21 (ALC)

       -against-

Uriah Brown,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

       The Sentencing scheduled for April 19, 2022 is adjourned to July 21, 2022 at **2:00 p.m.**

       SO ORDERED.

Dated: New York, New York
       April 14, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE