UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VITO GALLICCHIO,

        Petitioner,               17-CR-390   (ALC)
                                                 20-CV-8764 (ALC)

  - against -
                                                 ORDER

UNITED STATES OF AMERICA,

        Respondent.
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

        Gallicchio brings a habeas petition alleging ineffective assistance of counsel, claiming that his attorney made certain statements, failed to prepare, and neglected to bring important matters to the Court's attention. No declaration has been submitted by his prior attorney. The government should file such a declaration by June 29, 2022.

SO ORDERED.

Dated:      June 1, 2022
               New York, New York

                                                     /s/ Andrew L. Carter, Jr.
                                           **ANDREW L. CARTER, JR.**
                                           United States District Judge